IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ORBITAL SCIENCES CORPORATION | ) ) ) ) |
| Plaintiff, | ) Civ. No. 1:13-cv-00753 LMB/JFA ) |
| v. | ) ) |
| UNITED LAUNCH ALLIANCE, LLC, and RD AMROSS, LLC | ) ) ) ) |
| Defendants. | ) ) |

## STIPULATED NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Orbital Sciences Corporation, Defendant United Launch Alliance, LLC, and Defendant RD AMROSS, LLC hereby stipulate to the dismissal of this action without prejudice.

Dated: March 19, 2014      For Plaintiff Orbital Sciences Corporation,

/s/ *Eugene Hansen*
Eugene N. Hansen (VA Bar # 48357)
FRIED, FRANK, HARRIS, SHRIVER
  & JACOBSON LLP
801 17th Street, N.W.
Washington, D.C. 20006
202-639-7000
202-639-7003 (fax)
eugene.hansen@friedfrank.com

So Ordered

/s/
_____
Leonie M. Brinkema      3/20/14
United States District Judge

For Defendant United Launch Alliance, LLC:

*/s/ Ryan Shores*
Ryan Shores, Esq. (VA Bar No. 65934)
HUNTON & WILLIAMS LLP
2200 Pennsylvania Ave. NW
Washington, DC  20037
(202) 955-1500
(202) 778-2001 (fax)
rshores@hunton.com


For Defendant RD AMROSS, LLC:

*/s/ Michael W. Lieberman*
Michael W. Lieberman (VA Bar No. 76982)
CROWELL & MORING LLP
1001 Pennsylvania Ave. NW
Washington, DC, 20004
(202) 624-2500
(202) 624-5116 (fax)
mlieberman@crowell.com